UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ZACHARY SANDERS,

            Plaintiff,

v.

ADAM SZUBIN, Director, Office of Foreign Assets Control
of the United States Department of the Treasury, in his
official capacity; TIMOTHY GEITHNER, Secretary,
United States Department of the Treasury, in his official
capacity; and ERIC H. HOLDER, Attorney General, United
States Department of Justice, in his official capacity,

            Defendants.

**NOTICE OF APPEAL**

Civil Action No. CV 09-3052
(ENV)(RLM)

---

      PLEASE TAKE NOTICE that Plaintiff Zachary Sanders hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on December 14, 2011. This appeal is taken from each and every part of said Judgment.

Dated: New York, New York
         February 13, 2012

                                  CENTER FOR CONSTITUTIONAL RIGHTS

                    By:    Darius Charney
                            666 Broadway, 7th Floor
                            New York, NY 10012
                            (212) 614-6464
                            (212) 614-6499(fax)
                            dcharney@ccrjustice.org